Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| James Statzer,<br>          Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security<br>          Defendant. | CASE NO.1:11-cv-00815-LJO-GSA<br><br>ORDER RE: EXTENSION<br>OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is November 4, 2011. The new due date will be December 5, 2011.  The scheduling order should be modified accordingly.

Dated: November 4, 2011          /s/ Sengthiene Bosavanh

                                                              SENGTHIENE BOSAVANH, ESQ.
                                                              Attorney for Plaintiff

Dated: November 4, 2011          BENJAMIN B. WAGNER
                                                              United States Attorney


                                                              By: /s/ David W. Lerch
                                                              (as authorized by Lynn Harada on behalf of
                                                              David W. Lerch via e-mail)
                                                              DAVID W. LERCH
                                                              Special Assistant United States Attorney

///

///

///

1 **ORDER**

2     The Court adopts the stipulation.  The scheduling order issued on May 19, 2011 is
3 modified accordingly.  Plaintiff shall have an additional thirty days to submit a confidential
4 letter brief. All other dates in the scheduling order shall remain in effect.

5

6

7

8    IT IS SO ORDERED.

9   **Dated:**   **November 7, 2011**               **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28