Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| James Statzer,<br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO.1:11-cv-00815-LJO-GSA<br><br>ORDER RE: EXTENSION<br>OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is November 4, 2011. The new due date will be December 5, 2011. The scheduling order should be modified accordingly.

Dated: November 4, 2011    /s/ Sengthiene Bosavanh

                           SENGTHIENE BOSAVANH, ESQ.
                           Attorney for Plaintiff

Dated: November 4, 2011    BENJAMIN B. WAGNER
                           United States Attorney


                           By: /s/ David W. Lerch
                           (as authorized by Lynn Harada on behalf of
                           David W. Lerch via e-mail)
                           DAVID W. LERCH
                           Special Assistant United States Attorney

///

///

///

**ORDER**

The Court adopts the stipulation. The scheduling order issued on May 19, 2011 is modified accordingly. Plaintiff shall have an additional thirty days to submit a confidential letter brief. All other dates in the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 7, 2011**              <u>     /s/ Gary S. Austin     </u>
                                            UNITED STATES MAGISTRATE JUDGE