Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Statzer, ) | 1:11-cv-00815-LJO-GSA |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| vs. ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on May 18, 2011 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Defendant and both are in agreement to dismiss. Each party to bear its own costs.

    Dated: January 13, 2012    /s/ Sengthiene Bosavanh

                                           SENGTHIENE BOSAVANH, ESQ.
                                           Attorney for Plaintiff

//
//

1     Dated: January 13, 2012           BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      By: /s/ David Lerch
                                                      (as authorized via telephone)
                                                      DAVID LERCH
                                                      Special Assistant United States Attorney

**ORDER**

In light of the parties' stipulation filed January 13, 2012, this matter is dismissed and Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   January 17, 2012**                         /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE